| | |
|---|---|
| 1 | SANFORD P. SHATZ (State Bar No. 127229) |
| | SEVERSON & WERSON |
| 2 | A Professional Corporation |
| | The Atrium |
| 3 | 19100 Von Karman Ave., Suite 700 |
| | Irvine, CA  92612 |
| 4 | Telephone:   (949) 442-7110 |
| | Facsimile:    (949) 442-7118 |
| 5 | |
| | MARK JOSEPH KENNY (State Bar No. |
| 6 | BRIAN S. WHITTEMORE (State Bar No. 241631) |
| | SEVERSON & WERSON |
| 7 | A Professional Corporation |
| | One Embarcadero Center, Suite 2600 |
| 8 | San Francisco, CA  94111 |
| | Telephone:  (415) 398-3344 |
| 9 | Facsimile:  (415) 956-0439 |

Attorneys for Defendants
BAC HOME LOAN SERVICING, LP;
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.;
RECONTRUST COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMENCITA DORADO, an individual, | Case No.:  11-CV-01027-OWW-SKO |
| Plaintiff, | **JUDGMENT IN FAVOR OF DEFENDANTS BAC HOME LOAN SERVICING, LP AND RECONTRUST COMPANY ON MOTION TO DISMISS PLAINTIFF CARMENCITA DORADO'S COMPLAINT** |
| vs. | |
| SHEA HOMES LIMITED PARTNERSHIP, a California Limited Partnership, CHICAGO TITLE COMPANY, a Business Entity, form unknown; BAC HOMES LOANS SERVICING, LP, A Business Entity, form unknown; RECONTRUST COMPANY, a Business Entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; and DOES 1 through 50, inclusive, | Hearing Date:  August 15, 2011 |
| | Time:  10:00 a.m. |
| | Courtroom:  3 |
| | Judge:  Hon. Oliver W. Wanger |
| | |
| | Complaint Date:  April 29, 2011 |
| | Trial Date:  None Set |
| Defendants. | |

It appearing from the files and records in this action that on August 31, 2011, the court granted defendants BAC HOME LOAN SERVICING, LP, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and RECONTRUST COMPANY's Motion to Dismiss the Complaint filed by Plaintiff CARMENCITA DORADO without leave to amend, and that on

1  August 31, 2011, the court entered an order of dismissal in favor of BAC HOME LOAN
2  SERVICING, LP, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and
3  RECONTRUST COMPANY and against CARMENCITA DORADO.
4       GOOD CAUSE APPEARING THEREFOR,
5       IT IS ORDERED, ADJUDGED AND DECREED that defendants BAC HOME LOAN
6  SERVICING, LP, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and
7  RECONTRUST COMPANY shall have judgment in this action against plaintiff Carmencita
8  Dorado, that Carmencita Dorado take nothing on her complaint from BAC HOME LOAN
9  SERVICING, LP, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and
10 RECONTRUST COMPAY, and that all claims against BAC HOME LOAN SERVICING, LP,
11 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and RECONTRUST
12 COMPANY are dismissed.
13      BAC HOME LOAN SERVICING, LP, MORTGAGE ELECTRONIC REGISTRATION
14 SYSTEMS, INC. and RECONTRUST COMPANY to recover their costs.

IT IS SO ORDERED.

Dated:   **September 5, 2011**          **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE