1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                          FRESNO DIVISION

| | |
|---|---|
| 11  CARMENCITA DORADO, an individual, | CASE NO. 1:11-CV-01027 OWW SKO |
| 12                    Plaintiff, | **JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| 13        v. | |
| 14  SHEA HOMES LIMITED PARTNERSHIP, a California Limited Partnership; CHICAGO TITLE COMPANY, a Business Entity, from unknown; BAC HOMES LOANS SERVICING, LP, a Business Entity, from unknown; RECONTRUST COMPANY, a Business Entity, from unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; and DOES 1 through 50, inclusive, | |
| 21                    Defendants. | |

22
23
24

**WHEREAS,** On August 31, 2011, the above entitled Court granted the defendant Shea Homes Limited Partnership's "Motion to Dismiss All Claims Against Defendant Shea Homes Limited Partnership" without leave to amend.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the each and every claim asserted in the above captioned action against Shea Homes Limited Partnership is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated:   **September 6, 2011**              **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE