UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| CARMENCITA DORADO, an individual,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SHEA HOMES LIMITED PARTNERSHIP;<br>CHICAGO TITLE COMPANY;<br>BAC HOME LOANS SERVICING, LP;<br>RECONTRUST COMPANY;<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.; and<br>DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO.: 1:11-CV-01027-OWW-SKO<br><br>JUDGMENT OF DISMISSAL WITH PREJUDICE |

WHEREAS, on August 31, 2011 the above-entitled Court granted the motion of defendant Chicago Title Company for an order dismissing the Complaint of plaintiff Carmencita Dorado herein without leave to amend; and

WHEREAS, on August 31, 2011, the above-entitled Court entered an Order of dismissal in favour of Chicago Title Company and against plaintiff Carmencita Dorado:

IT IS THEREFORE HEREBY ORDERED, ADJUDGED, and DECREED that each and every claim against Chicago Title Company in the above-entitled action be and hereby is dismissed with prejudice; and

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Chicago Title Company shall have judgment in this action against plaintiff Carmencita Dorado, and that plaintiff shall take nothing from Chicago Title Company on her Complaint.

Dated: _September 7, 2011_        _/s/ OLIVER W. WANGER___
                                  HON. OLIVER W. WANGER
                                  United States District Judge
                                  Eastern District of California